CERTIFICA[TE]

**STATE OF HAWAII**
**HONOLULU**

CHILD'S NAME