Case 2:08-cv-00241-KS-MTP   Document 1-4   Filed 11/03/08   Page 1 of 1



2007     Obama COLB     2008

Images taken from Atlas Shrugs report

Normal Hawaiian COLB's



2006     2007     2008

EXHIBIT C