IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

DANIEL SCOTT THOMAS, Elector for the
State of California, who is nominated to vote
in the Electoral College and is pledged to vote for
Candidate Alan Keyes for President of the United States         PLAINTIFFS

VERSUS                                    CIVIL ACTION NO. 2:08cv241- KS-MTP

DELBERT HOSEMAN, in his Official Capacity
as Secretary of State for the State of Mississippi              DEFENDANT

ORDER TO SHOW CAUSE

THIS MATTER is before the court *sua sponte* for consideration of change of venue to the Jackson Division of this court, pursuant to 28 U.S.C. § 1404(a). Having reviewed the allegations of the complaint, and taking judicial notice that the office of the sole defendant in this case - Delbert Hoseman, the Secretary of State of the State of Mississippi - is located in Jackson, Mississippi's capital city, it appears that this matter should be lodged in the Jackson Division. Accordingly, plaintiffs are ordered to show cause, on or before November 21, 2008, why this case should not be transferred to the Jackson Division.

SO ORDERED on this the 18th day of November, 2008.

s/ Michael T. Parker
United States Magistrate Judge