IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**DANIEL SCOTT THOMAS, Elector for the**      **PLAINTIFFS**
**State of California, who is nominated to vote**
**in the Electoral College and is pledged to vote**
**for Candidate Alan Keyes for President of the**
**United States, ET AL.**

**VS.**      **CIVIL ACTION NO. 2:08cv241 KS-MTP**

**DELBERT HOSEMANN, in his official**
**capacity as the Secretary of State for the**
**State of Mississippi**      **DEFENDANT**

## DEFENDANT'S MOTION TO DISMISS

**COMES NOW** the Defendant, Secretary of State Delbert Hosemann, in his official capacity, and files this Motion to Dismiss pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure. Pursuant to the Memorandum of Authorities accompanying this Motion, the Defendant respectfully requests that this Court grant this Motion.

Wherefore, premises considered, the Defendant respectfully requests that this Court GRANT the present Motion to Dismiss.

Respectfully submitted, this the 24th day of November 2008.

             By:     JIM HOOD, ATTORNEY GENERAL

                    s/ Shawn S. Shurden
                    SHAWN S. SHURDEN, MSBN 99678
                    SPECIAL ASSISTANT ATTORNEYS GENERAL
                    CIVIL LITIGATION DIVISION

                    *Counsel for the Defendant*

Civil Litigation Division
Office of Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-3680

# CERTIFICATE OF SERVICE

This is to certify that I, Shawn S. Shurden, a Special Assistant Attorney General for the State of Mississippi, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    James D. Bell, Esq.
    318 South State Street
    Jackson, Mississippi 39201

    J. Thomas Smith
    1816 Old Natchez Trace
    Franklin, Tennessee 37069

    Philip R. Boardman, Esq.
    2017 Cunningham Drive, Suite 210
    Hampton, Virginia 23666

    James Hochberg, Esq.
    745 Fort Street, Suite 1450
    Honolulu, Hawaii 96183

This 24th day of November, 2008.

                                              s/ Shawn S. Shurden
                                              SHAWN S. SHURDEN