# LAW OFFICES OF
# BELL &
# ASSOCIATES, P.A.

318 South State Street
Jackson, Mississippi 39201

ATTORNEY JAMES D. BELL

TELEPHONE: (601) 981-9221
FACSIMILE: (601) 981-9958
E-MAIL: jbell@BFGLAW.com

November 17, 2008

Honorable Michael T. Parker
701 N. Main Street, Suite 216
Hattiesburg, Mississippi 39401

Re: Thomas, et al vs. Hosemann
Civil Action No. 2:08cv241KS-MTP

**Essential Language in a Proposed Order**

Dear Judge Parker:

I understand that you may be entering an order on the pleadings without a hearing on the Emergency Motion for Expedited Discovery that I filed on behalf of official electors for three candidates for President of the United States. As more fully explained in the Motion and Memo, we seek proof of the qualifications of candidates for President.

We are seeking authority to immediately issue a subpoena for the production of a long form "vault" certificate of live birth from the registrar of vital statistics in Hawaii. We have been informed that Hawaii will accept a subpoena issued upon an order of this court, provided the order finds that either the Plaintiffs or the Defendant have a "direct and tangible interest in the record," as provided in Hawaii Statute 338-18 (b)(9) Therefore, in the event that your Honor grants all or part of the requested relief, we request that you include such language in your order.

Because our request for relief is extremely time sensitive, we request a ruling as soon as possible.

Thank you for your consideration.

Sincerely,

James D. Bell

cc: Attorney General Jim Hood

EXHIBIT "1"