UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**Daniel Scott Thomas,** Elector for the
State of California, who is nominated to
vote in the Electoral College and is pledged
to vote for Candidate Alan Keyes for
President of the United States; ET AL                      **PLAINTIFFS**

vs.                                                                              **CIVIL ACTION NO.
                                                                                 2:08 CV 241 KS-MTP**

**Delbert Hoseman,** in his official capacity
as Secretary of State for the State of Mississippi,          **DEFENDANT**

---

### PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL
---

The Plaintiffs' move the Court for a voluntary dismissal of their cause of action. The Plaintiffs are informed that counsel for the Defendant has no objection to the motion.

Respectfully submitted,

/s/ James D. Bell
Attorney James D. Bell
Mississippi Bar No. 2333
318 S. State Street
Jackson, Mississippi 39201
601-981-9221

Attorney J. Thomas Smith
Tennessee Bar No. 003613
1816 Old Natchez Trace
Franklin, Tennessee 37069
615-790-2159

Attorney Philip R. Boardman
Virginia Bar No. 48110
2017 Cunningham Drive
Suite 210
Hampton, Virginia 23666
757-826-2200

Attorney James Hochberg
Hawaii Bar No. 3686
745 Fort Street, Suite 1450
Honolulu, Hawaii 96183
808-534-1514

## **CERTIFICATE OF SERVICE**

I, James D. Bell, do hereby certify that on the below date I have caused to be electronically filed the foregoing instrument with the Clerk of the Court, via the ECF system, with notification being provided to the following by and through the ECF system:

> Jim Hood, Attorney General
> Shawn S. Shurden, Esquire
> Special Assistant Attorneys General
> Civil Litigation Division
> Walter Sillers Building
> 550 High Street, Suite 1200
> Jackson, Mississippi 39201

**SO CERTIFIED**, this the 16th day of December, 2008.

/s/ James D. Bell
James D. Bell
