IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

DANIEL SCOTT THOMAS,
ELECTOR FOR THE STATE OF
CALIFORNIA WHO IS NOMINATED
TO VOTE IN THE ELECTORAL COLLEGE
AND IS PLEDGED TO VOTE FOR CANDIDATE
ALAN KEYES FOR PRESIDENT OF THE
UNITED STATES, ET AL

VS. CIVIL ACTION NO. 2:08cv241-KS-MTP

DELBERT HOSEMANN, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE
FOR THE STATE OF MISSISSIPPI

## ORDER

This cause coming on this day to be heard on Plaintiffs' Motion for Voluntary Dismissal [25], the Court being informed that the motion is unopposed by the Defendant, and considering the same finds that said motion should be sustained:

NOW, THEREFORE, IT IS HEREBY ORDERED that the above styled and numbered cause be and the same is hereby dismissed with each side to bear it's own costs and all other pending motions are dismissed as moot.

SO ORDERED on this, the 17th day of December, 2008.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE