IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

DANIEL SCOTT THOMAS,
ELECTOR FOR THE STATE OF
CALIFORNIA WHO IS NOMINATED
TO VOTE IN THE ELECTORAL COLLEGE
AND IS PLEDGED TO VOTE FOR CANDIDATE
ALAN KEYES FOR PRESIDENT OF THE
UNITED STATES, ET AL

VS.                                                    CIVIL ACTION NO. 2:08cv241-KS-MTP

DELBERT HOSEMANN, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE
FOR THE STATE OF MISSISSIPPI

## JUDGMENT

This matter having come on to be heard on this date on Plaintiffs' Motion to Dismiss and the Court found in a separate opinion that the motion is well taken and that the Complaint in the above styled case should be **dismissed** and all pending motions dismissed as moot.

IT IS THEREFORE ORDERED AND ADJUDGED that the above captioned cause be and the same is hereby dismissed with prejudice pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED on this, the 17th day of December, 2008.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE